SPII FR  Page 1

Federal Reserve Bank of Minneapolis

90 Hennepin Avenue, PO Box 291
Minneapolis, Minnesota 55480-0291
Phone: 612-204-5000



# Request for Accommodation

*In order for the Bank to assess your request for an accommodation, you must complete this form and return it by confidential fax (612-629-4133) or email to julie.kari@mpls.frb.org as soon as possible **but no later than Friday, August 13, 2021 at 3:00 p.m**.* Please contact Julie Kari at 612-204-5638 with questions.

Employee Name: <u>Renee Lea-Rueda</u>

Address: <u>1776 Simpson St., Falcon Heights, MN 55113</u>     Telephone: <u>612-226-1167</u>

Job Title: <u>Business Systems Analyst IV</u>     Division: <u>Technology Risk Group</u>

I am requesting an accommodation from the Bank's COVID-19 Vaccination Policy to not be required to receive a COVID-19 vaccine due to my religious belief.

Please provide a complete and thorough explanation of the nature of your religious belief and why receiving a vaccination for COVID-19 would be contrary to your religious belief:

<u>I am of the sincerely held belief that God created human beings in his likeness and that my God-given immune system is sufficient to protect me as I navigate through my life. I feel that using vaccines interfere with, and permanently modify my natural defenses when I am already protected by God's work (my immune system). My body has the pathways to deal with pathogens that I might encounter in my environment.</u>

<u>Additionally, I believe that my body is a temple for the Holy Spirit and I strictly disallow any unclean, unnatural, and unknown substances into my body. For me, this new COVID-19 vaccine falls under unknown and unnatural, and injecting such substances into my blood circulatory system is a complete violation of my religious beliefs.</u>

Signature: *[signature]*     Date: <u>7/14/2021</u>

**FEDERAL RESERVE BANK** OF **MINNEAPOLIS**

*Pursuing an economy that works for all of us*

**Amy Brenengen**
Assistant Vice President

August 6, 2021

Renee Lea-Rueda
1776 Simpson St.
Falcon Heights, MN 55113

Dear Renee:

This responds to your request for an accommodation from the Bank's COVID-19 Vaccination Policy (Policy), which requires every Bank employee to be fully vaccinated against COVID-19 as a condition of employment.

Human Resources & Inclusion (HRI) has reviewed the information you submitted and has determined that the Bank will grant your request for an accommodation from the Policy, based on your stated sincerely held religious belief or practice.  As part of this accommodation, you are not currently required to receive a COVID-19 vaccine, but you must comply with all Bank health and safety measures as they may change from time to time based on public health guidance, local conditions, and other considerations.  In particular, you are required to wear a Bank-provided face covering and maintain physical distancing any time you are on Bank premises or at any other location on Bank business working with other individuals.

The Bank reserves the right to revisit this accommodation at any time and to make any changes warranted by evolving circumstances, including public health guidance, local conditions or Bank needs.

HRI will work with you and your department management to implement this accommodation.  If you have any questions, please contact Julie Kari (julie.kari@mpls.frb.org 612-202-2061) or me.

Sincerely,

*Amy J K Brenengen*

Amy Brenengen
Assistant Vice President, Human Resources & Inclusion

Lea-Rueda 002

Exhibit 1

E Amy.Brenengen@mpls.frb.org  w 612.204.5000

90 HENNEPIN AVENUE MINNEAPOLIS, MINNESOTA 55401  |  minneapolisfed.org

EXHIBIT E

**From:** Turner, Andrea L
**Sent:** Friday, December 17, 2021 6:02 PM
**To:** Lea-Rueda, Renee <Renee.Lea-Rueda@mpls.frb.org>; Renee.e.lea@gmail.com
**Subject:** Follow-up on Accommodation

NONCONFIDENTIAL // EXTERNAL

**NONCONFIDENTIAL // EXTERNAL**

Dear Renee:

As you are aware, employees who have been working in a remote-work posture will be returning to the Bank's premises beginning January 10, 2022. When you were granted a temporary religious accommodation to the Bank's COVID-19 Vaccination Policy, you were also notified that the Bank reserved the right to revisit the accommodation. As part of the Bank's return to Bank process, and in light of current public health guidance and the health and safety of all employees, the Bank has reviewed your accommodation and how it affects your ability to perform the essential functions of your job.

The Bank provides reasonable accommodations to employees when doing so will not result in an undue hardship to the Bank, which includes a health or safety risk to yourself or others. After reviewing your role as a Business Systems Analyst IV, the Bank has determined it is unable to continue to provide you an accommodation to the Bank's COVID-19 Vaccination Policy as it would present an undue hardship to the Bank.

In making this determination, we worked extensively with your business area leadership to understand your job duties and evaluate whether a reasonable accommodation could be made. While we spoke with your leadership regarding your role and duties, we want to assure you the information you submitted related to your accommodation request remained confidential and was not shared with your business area leadership.

Our evaluation was specific to your current role. As more employees return to the Bank's premises, your business need to have close contact with a significant number of individuals will increase. Your current role requires you to provide one-on-one in-person IT support where it will not be feasible to maintain six feet of physical distance from others. Further, the configuration of your workspace in the Bank also means it will not be feasible for you to consistently maintain six feet of physical distance from others in your workspace while performing your essential work functions. Therefore, the Bank has concluded it would be an undue hardship to continue to provide you an accommodation to the Policy because, as an example, you cannot consistently maintain physical distancing while performing the essential functions of your role.

You are welcome to consider applying for other available positions that are listed on the job opportunity page, located at: https://9online.mpls.frb.org/career-opportunities/fedcareers-job-search. If you find an open position that matches your qualifications, please contact us right away to discuss whether an accommodation from the Bank's COVID-19 Vaccination Policy would be possible in that position.

If you choose to get vaccinated, you must receive your first vaccination dose by January 7, 2022 and notify the Bank accordingly. You will also be expected to receive and report a second vaccination dose, if required, and a booster in the timeframe recommended timeframe, as required by the Bank's COVID-19 Vaccination Policy. You will be expected to continue to follow all Bank health and safety protocols until you have received and reported all vaccinations required by the Bank's COVID-19 Vaccination Policy. If you choose

not to get vaccinated by January 7, 2022, you will be placed on a two-week unpaid leave of absence. If you are still unvaccinated or haven't found an alternate position that can be performed consistent with your accommodation by January 21, 2022, your employment will be terminated effective January 22, 2022, consistent with the Bank's Policy.

Please contact me if you have any questions.

Andrea

**Andrea L. Turner, J.D.**
She, Her, Hers
Vice President, Human Resources & Inclusion
Deputy Director Office of Minority & Women Inclusion
W **612-204-5240**    M  **612-427-2484**
@minneapolisfed  I  minneapolisfed.org

**FEDERAL RESERVE BANK OF MINNEAPOLIS**
*Pursuing an economy that works for all of us*

**FEDERAL RESERVE BANK OF MINNEAPOLIS**

*Pursuing an economy that works for all of us*

Hennepin Avenue, P.O. Box 291
Minneapolis, Minnesota 55480-0291

January 28, 2022

To: Renee Lea-Rueda

From: Human Resources & Inclusion

Subject: Employment Separation

As we have previously communicated, the Bank's COVID-19 Vaccination Policy ("Policy"), requires all Bank employees to be fully vaccinated against COVID-19 and receive all approved boosters and report the vaccinations as a condition of employment. As we have previously communicated, you were given until today, January 28, 2022, to receive and report your first vaccination dose. We note that you are currently on a Short Term Disability (STD) leave, but the Bank has not received any documentation that would indicate the medical condition for which you are on leave prevents you from being vaccinated.

You were first given until January 14, 2022 to come into compliance with the Policy; you were informed of this requirement numerous times. Because you did not report a vaccine by January 14, you were not in compliance with the Policy and were placed on a two-week leave of absence, which gave you additional notice and time, until January 28, to come into compliance. Because you still have not reported a vaccine, you remain in violation of the Policy and as such, your employment with the Bank has been terminated, effective January 29. The following information will be of assistance to you.

All Bank property, such as keys and computer resources, must be returned. To the extent this has not already been done, you will receive FedEx boxes that you can use to package and ship all property back to the Bank at no cost to you. You will also receive a set of instructions with these boxes; note that the **return shipment of Bank property must be initiated via FedEx within 72 hours** of receipt of the boxes. If you have personal belongings at the Bank building, those will be delivered to you by courier.

Your year-end W-2 statement will be mailed to your address on file with Human Resources. If your address changes, send a written notification with your signature authorizing the address change to Payroll, Human Resources, Federal Reserve Bank, 90 Hennepin Avenue, Minneapolis, MN 55401. If you would like to request your payroll records, please contact the Richmond Payroll Help Desk at 1-800-526-2037.

Enclosed is the Federal Reserve Employee Benefits System brochure, *Your Benefit Checklist When You Separate from Service*, designed to help you understand what generally happens to your Federal Reserve benefits upon termination of employment, your Continuation Coverage options and the steps you need to take. If you have questions about your benefits or information in this brochure, please contact Federal Reserve Benefits Center at 877-FRS-CALL (877-377-2255).

Beginning on January 29, 2022, your eligibility for STD benefits will continue and you will be paid STD benefits provided that you continue to meet the eligibility requirements and any other terms of the Bank's Disability Leaves Policy. Per Policy, your health and welfare benefit coverage will remain in effect while on an STD leave; your contributions for health and other benefits will continue. Your STD eligibility is subject to the STD benefit termination provisions in the Policy. Following the STD period, it may be possible for you to receive Long Term Disability (LTD) benefits if you meet the eligibility requirements of the System LTD Policy.

**FEDERAL RESERVE BANK OF MINNEAPOLIS**

*Pursuing an economy that works for all of us*

Hennepin Avenue, P.O. Box 291
Minneapolis, Minnesota 55480-0291

**If you have Medical and Dental Plan Benefits,** coverage will continue until the last day of the month in which your STD and/or LTD eligibility ends. You, and if applicable, your covered dependents, may elect to continue this coverage, at your expense for up to 18 months, or until you and your covered dependents are covered under another group plan, whichever occurs first.

A separate letter explaining the right to continue coverage under federal law (COBRA) will be mailed to you by the Federal Reserve Benefits Center, within 45 days of the date your coverage ends.  The *Your Benefit Checklist When You Separate from Service* brochure explains coverage if you elect COBRA continuation.  Contact the Federal Reserve Benefits Center at 877-FRS-CALL for information about COBRA.  Dial 711 to obtain your state's TTY/TDD number for the hearing-impaired.

Please remember that you are not allowed to transmit or disclose any confidential Federal Reserve information to any unauthorized person or destination, even after your employment at the Bank has ended.

The Bank's employment verification service is The Work Number. The Work Number's web address is www.theworknumber.com and the verifier phone number is 800-367-5690.

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to:     Agency(ies) Charge No(s):

___ FEPA
_X_ EEOC    444-2023-00038

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Renee Lea-Rueda | 612-226-1167 | 1980 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1776 Simpson Street | Falcon Heights, MN 55113 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Federal Reserve Bank of Minneapolis | Approx 1,060 | 612-204-5000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 90 Hennepin Ave | Minneapolis, MN 55401 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

__ RACE    __ COLOR    __ SEX   _X_ RELIGION    __ NATIONAL ORIGIN

__ RETALIATION    __ AGE    __ DISABILITY    __ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest      Latest
               01/28/2022
09/07/2020
___ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attached extra sheet(s)*):

See attached summary.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLANANT

_10/05/2022_      _[signature]_
Date       Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*) 10/05/2022

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Minneapolis Area Office
330 South Second Avenue, Suite 720
Minneapolis, MN  55401
(800) 669-4000
Website:  www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/20/2023

**To:** Renee Lea-Rueda
c/o Dustin T. Lujan
Upper Midwest Law Center
8421 Wayzata Blvd, Suite 300
Golden Valley, MN 55426

Charge No: 444-2023-00038

EEOC Representative and email:    DENAE SCHULDT
Investigator
denae.schuldt@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 444-2023-00038.

On behalf of the Commission,

Digitally Signed By:Julianne Bowman
01/20/2023
Julianne Bowman
District Director

cc: Elizabeth Bosshard-Blackey
Federal Reserve Bank of Minneapolis
90 Hennepin Ave.
Minneapolis, MN 55401

Please retain this notice for your records.

Lea-Rueda 008

Exhibit 3